**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS GIOVANNELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:21-cv-01092 |
| | ) | |
| WALMART, INC., WAL-MART.COM USA, | ) | Judge Chang |
| LLC, THE STOCKTREK CORPORATION d/b/a | ) | |
| STOCKTREK IMAGES, INC., PIXELS.COM, | ) | Magistrate Judge Kim |
| LLC, AMAZON.COM, INC., AMAZON.COM | ) | |
| SERVICES, LLC and POSTERAZZI CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING**

Defendants Walmart Inc., Wal-Mart.Com USA, LLC, The Stocktrek Corporation, Pixels.Com, LLC, Amazon.Com, Inc., Amazon.Com Services, LLC and Posterazzi Corp., by and through their attorneys, hereby seek an extension of 30 days to file their responsive pleading in this matter, and in support thereof state as follows:

1. Defendants removed this case to this court on February 24, 2021.

2. Defendants' responsive pleading is due today March 3, 2021.

3. Defendants need an additional 30 days to file their responsive pleading.

4. Defendants' counsel conferred with Plaintiff's counsel about the motion and Plaintiff's counsel indicated he has no objection to the requested extension.

WHEREFORE, Defendants, Walmart Inc., Wal-Mart.Com USA, LLC, The Stocktrek Corporation, Pixels.Com, LLC, Amazon.Com, Inc., Amazon.Com Services, LLC and Posterazzi Corp., request the Court extend the date to file their responsive pleading to April 2, 2021.

        WALMART, INC., WAL-MART.COM USA, LLC, THE STOCKTREK CORPORATION, PIXELS.COM, LLC, AMAZON.COM, INC., AMAZON.COM SERVICES, LLC and POSTERAZZI CORP.

        By: /s/James K. Borcia
                One of Their Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive 61st Floor
Chicago, IL 60606
(312) 627-4000

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice of Removal was filed through the Court's electronic filing system. Service will be made by operation of that system upon counsel for Plaintiff identified below, and Plaintiff's counsel may access this document through the Court's CM/ECF system. Additionally, a copy of the foregoing Notice of Removal was served upon Plaintiff's counsel via mail and email at the addresses listed below.

Craig D. Tobin<br>
Jessica Firlej<br>
Tobin & Munoz, LLC<br>
70 W. Madison St. Suite 1950<br>
Chicago, Illinois 60602<br>
ctobin@barristers.com<br>
jfirlej@barristers.com

Dated: February 24, 2021                                    /s/  James K. Borcia
                                                            James K. Borcia

4815-3939-2285