# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS GIOVANNELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-CV-01092 |
| WALMART, INC., and WAL-MART.COM USA, LLC, | ) ) Judge Chang ) ) |
| Defendants. | ) Magistrate Judge Kim ) |

## JOINT STATEMENT ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Defendants, Walmart Inc. and Wal-Mart.Com USA, LLC, and Plaintiff, Nicholas Giovannelli, by and through their attorneys, pursuant to Local Rule 54.3(e), hereby submit their Joint Statement on Defendants' Motion for Attorneys' Fees.

1. Defendants were awarded judgment in their favor in this case on September 26, 2024 (ECF 100).

2. Defendants intend to file a motion for attorneys' fees in this case.

3. Pursuant to Local Rule 54.3(d), on October 14, 2024, Defendants provided Plaintiff with the time and work records on which Defendants' motion for attorneys' fees will be based, and specifies the hours for which compensation will and will not be sought, along with the hourly rates that will be claimed for each lawyer, paralegal, or other person. (Ex. A).

4. Plaintiff has examined the time and work records produced by the Defendants and does not object to the hourly rates or the hours billed. The statute under which Defendants seek fees, Illinois Right to Publicity Act, states that the "Court may" award fees. 765 ILCS 1075/55. Plaintiff objects to any award of fees being awarded under the circumstances of this case.

For the Defendants:

*By: /s/ James Borcia*
Defendants' Attorney

James K. Borcia
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Il 60606
(312) 627-4000
jborcia@tresslerllp.com


For the Plaintiff:

By: */s/ Craig D. Tobin*
One of Plaintiff's Attorneys


Craig D. Tobin
Tobin & Muñoz, LLC
Three First National Plaza, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-1321
Fax: (312) 641-5220
Email: ctobin@barristers.com

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-1321
Fax: (312) 641-5220
Email: tcrooks@barristers.com



(12549-1) 4924-9875-2258, v. 1