# EXHIBIT A

## to

# EXHIBIT B

## on
## Joint Statement on Defendant's Motion for Attorneys' Fees

| ID | Date | Tkpr | Matter | Qty | Rate | Inv# | Inv Date | Amount | Status | Hrs | Hrs | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6075823 | | | | | | | | | | | | |
| 6075825 | | | | | | | | | | | | |
| 6075831 | | | | | | | | | | | | |
| 6075833 | | | | | | | | | | | | |
| 6075834 | 5/10/2022 | 51 Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order in Walmart case |
| 6075845 | | | | | | | | | | | | |
| 6075860 | | | | | | | | | | | | |
| 6075863 | 5/6/2022 | 51 Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Review plaintiff's motion to compel Walmart to pay filing fees and cases cited therein |
| 6075864 | | | | | | | | | | | | |
| 6075866 | | | | | | | | | | | | |
| 6075869 | | | | | | | | | | | | |
| 6075878 | 5/5/2022 | 51 Borcia, James K. | 12549 | 1 | $29.50 | 467656 | 6/14/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on plaintiff's motion for reconsideration |
| 6075880 | 5/5/2022 | 51 Borcia, James K. | 12549 | 1 | $88.50 | 467457 | 6/13/2023 | $88.50 | Billed | 0.3 | 0.3 | Review plaintiff's first request for production and interrogatories to Walmart; communications with client reps re same |
| 6075885 | 5/5/2022 | 51 Borcia, James K. | 12549 | 1 | $118.00 | 467457 | 6/13/2023 | $118.00 | Billed | 0.4 | 0.4 | Review plaintiff's motion to compel Walmart to pay filing fees |
| 6075887 | | | | | | | | | | | | |
| 6075889 | | | | | | | | | | | | |
| 6075890 | | | | | | | | | | | | |
| 6076756 | | | | | | | | | | | | |
| 6076773 | 5/20/2022 | 51 Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Prepare initial disclosures for Walmart case; communications with client re same |
| 6076774 | | | | | | | | | | | | |
| 6076777 | | | | | | | | | | | | |
| 6076871 | | | | | | | | | | | | |
| 6076932 | 5/17/2022 | 51 Borcia, James K. | 12549 | 1 | $236.00 | 467656 | 6/14/2023 | $236.00 | Billed | 0.8 | 0.8 | Communications with client reps re strategy in proceeding |
| 6077112 | | | | | | | | | | | | |
| 6077136 | | | | | | | | | | | | |
| 6077144 | 5/10/2022 | 51 Borcia, James K. | 12549 | 1 | $118.00 | 467656 | 6/14/2023 | $118.00 | Billed | 0.4 | 0.4 | Prepare status email to clients on filing fee payment issues |
| 6077197 | 5/6/2022 | 51 Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Prepare status email to client reps re plaintiff's motion to reconsider |
| 6095440 | | | | | | | | | | | | |
| 6095456 | | | | | | | | | | | | |
| 6096121 | 6/28/2022 | 51 Borcia, James K. | 12549 | 1 | $59.00 | 467656 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with plaintiff's counsel re discovery issues |
| 6096715 | | | | | | | | | | | | |
| 6096784 | 6/9/2022 | 51 Borcia, James K. | 12549 | 1 | $413.00 | 467457 | 6/13/2023 | $413.00 | Billed | 1.4 | 1.4 | Prepare protective order for WalMart case and communications with client and opposing counsel re same |
| 6096850 | | | | | | | | | | | | |
| 6096896 | 6/6/2022 | 51 Borcia, James K. | 12549 | 1 | $413.00 | 467457 | 6/13/2023 | $413.00 | Billed | 1.4 | 1.4 | Finalize and serve our responses to plaintiff's document requests and interrogatories to WalMart; communications with client reps re same |
| 6096917 | 6/3/2022 | 51 Borcia, James K. | 12549 | 1 | $265.50 | 467457 | 6/13/2023 | $265.50 | Billed | 0.9 | 0.9 | Communications with client WalMart re discovery issues; review proposed document production re same |
| 6096945 | 6/2/2022 | 51 Borcia, James K. | 12549 | 1 | $59.00 | 467656 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Prepare email to client reps re discovery to Plaintiff |
| 6096965 | 6/1/2022 | 51 Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Prepare status email to clients |
| 6118127 | 7/21/2022 | 51 Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on Walmart case |
| 6118136 | | | | | | | | | | | | |
| 6118142 | 7/14/2022 | 51 Borcia, James K. | 12549 | 1 | $206.50 | 467460 | 6/13/2023 | $206.50 | Billed | 0.7 | 0.7 | Prepare discovery progress reports in Walmart and Posterazzi cases; communications with plaintiff's counsel re same |
| 6118143 | | | | | | | | | | | | |
| 6118149 | | | | | | | | | | | | |
| 6118291 | | | | | | | | | | | | |
| 6118357 | 7/20/2022 | 51 Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Work on Walmart responses to plaintiff's second set of discovery requests; communications with client rep re same |
| 6118483 | 7/11/2022 | 51 Borcia, James K. | 12549 | 1 | $354.00 | 467656 | 6/14/2023 | $354.00 | Billed | 1.2 | 1.2 | Review plaintiff's interrogatories and document requests to all clients; prepare email to client reps re same and status of case |
| 6130540 | | | | | | | | | | | | |
| 6130553 | | | | | | | | | | | | |
| 6130648 | | | | | | | | | | | | |
| 6130682 | | | | | | | | | | | | |
| 6131934 | | | | | | | | | | | | |
| 6132981 | | | | | | | | | | | | |
| 6158583 | | | | | | | | | | | | |
| 6158601 | 9/8/2022 | 51 Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on motion to compel in Walmart case |
| 6158604 | | | | | | | | | | | | |
| 6158667 | 9/30/2022 | 51 Borcia, James K. | 12549 | 1 | $531.00 | 467656 | 6/14/2023 | $531.00 | Billed | 1.8 | 1.8 | Work on responses to plaintiff's interrogatories and document requests; communications with client reps re same |
| 6158691 | 9/28/2022 | 51 Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Communications with opposing counsel re discovery issues |
| 6158849 | 9/9/2022 | 51 Borcia, James K. | 12549 | 1 | $59.00 | 467656 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with plaintiff's counsel re discovery issues |

| ID | Date | Atty | Name | Matter | Qty | Amount | Inv# | Inv Date | Billed Amt | Status | Hrs | Hrs2 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6158856 | 9/8/2022 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467656 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with plaintiff's counsel re discovery issues |
| 6162002 | 10/13/2022 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $50.00 | 467656 | 6/14/2023 | $50.00 | Billed | 0.4 | 0.4 | Prepare document production. |
| 6163545 | | | | | | | | | | | | | |
| 6172756 | | | | | | | | | | | | | |
| 6172767 | 10/27/2022 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467457 | 6/13/2023 | $59.00 | Billed | 0.2 | 0.2 | Review court orders in Walmart case |
| 6172768 | | | | | | | | | | | | | |
| 6172819 | 10/19/2022 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 467457 | 6/13/2023 | $88.50 | Billed | 0.3 | 0.3 | Work on status report in Walmart case; communications with Plaintiff's counsel re same; review filed status report |
| 6172824 | | | | | | | | | | | | | |
| 6172858 | | | | | | | | | | | | | |
| 6172864 | | | | | | | | | | | | | |
| 6173777 | 10/25/2022 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 467656 | 6/14/2023 | $118.00 | Billed | 0.4 | 0.4 | Communications with client reps re status and strategy in proceeding |
| 6173953 | 10/17/2022 | 51 | Borcia, James K. | 12549 | 1 | $560.50 | 467656 | 6/14/2023 | $560.50 | Billed | 1.9 | 1.9 | Review plaintiff's initial disclosures, responses to our written discovery requests, along with documents produced by Plaintiff in conjunction with those requests; communications with client re same |
| 6173970 | 10/17/2022 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Prepare email to client reps re our discovery responses |
| 6173978 | 10/17/2022 | 51 | Borcia, James K. | 12549 | 1 | $354.00 | 467656 | 6/14/2023 | $354.00 | Billed | 1.2 | 1.2 | Review clients' document production; communications with client reps re same; produce same to plaintiff's counsel |
| 6174061 | 10/14/2022 | 51 | Borcia, James K. | 12549 | 1 | $1,003.00 | 467656 | 6/14/2023 | $1,003.00 | Billed | 3.4 | 3.4 | Prepare responses to plaintiff's interrogatories and requests for production for all defendants; communications with client reps re same |
| 6174175 | 10/10/2022 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Review plaintiff's draft motion to extend pleadings amendments; communications with opposing counsel re same |
| 6184392 | 11/18/2022 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 467656 | 6/14/2023 | $12.50 | Billed | 0.1 | 0.1 | Receive Giovanelli production and upload to file for reference and review. |
| 6190377 | | | | | | | | | | | | | |
| 6190380 | | | | | | | | | | | | | |
| 6190381 | 11/23/2022 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467457 | 6/13/2023 | $59.00 | Billed | 0.2 | 0.2 | Review court orders on Walmart case |
| 6190382 | | | | | | | | | | | | | |
| 6190384 | | | | | | | | | | | | | |
| 6190386 | | | | | | | | | | | | | |
| 6190387 | 11/18/2022 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 467457 | 6/13/2023 | $118.00 | Billed | 0.4 | 0.4 | Finalize status report for Walmart case; communications with opposing counsel re same |
| 6190391 | | | | | | | | | | | | | |
| 6190739 | 11/30/2022 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Work on supplemental responses to plaintiff's second set of interrogatories in Walmart case and communications with client rep re same |
| 6190823 | | | | | | | | | | | | | |
| 6191112 | 11/16/2022 | 51 | Borcia, James K. | 12549 | 1 | $265.50 | 467656 | 6/14/2023 | $265.50 | Billed | 0.9 | 0.9 | Communications with plaintiff's counsel re discovery issues |
| 6191245 | 11/11/2022 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 467656 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Communications with plaintiff's counsel re discovery issues |
| 6191425 | | | | | | | | | | | | | |
| 6209577 | | | | | | | | | | | | | |
| 6209584 | 12/7/2022 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order in Walmart case |
| 6209590 | | | | | | | | | | | | | |
| 6209625 | 12/14/2022 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 467659 | 6/14/2023 | $118.00 | Billed | 0.4 | 0.4 | Review plaintiff's motions for leave to file amended complaints in Posterazzi, Pixels, Amazon, Stocktrek and Walmart cases |
| 6209632 | | | | | | | | | | | | | |
| 6209633 | | | | | | | | | | | | | |
| 6209637 | | | | | | | | | | | | | |
| 6209666 | 12/21/2022 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on Walmart case |
| 6209669 | | | | | | | | | | | | | |
| 6209676 | | | | | | | | | | | | | |
| 6209689 | | | | | | | | | | | | | |
| 6209701 | | | | | | | | | | | | | |
| 6211186 | | | | | | | | | | | | | |
| 6211215 | | | | | | | | | | | | | |
| 6211485 | 12/7/2022 | 51 | Borcia, James K. | 12549 | 1 | $354.00 | 467457 | 6/13/2023 | $354.00 | Billed | 1.2 | 1.2 | Prepare supplemental responses to plaintiff's written discovery to Walmart; communications with client reps and opposing counsel re same |
| 6228138 | 1/31/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 467457 | 6/13/2023 | $12.50 | Billed | 0.1 | 0.1 | Receive exhibits from Snukst deposition and upload to document management. |
| 6228228 | 1/23/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 467457 | 6/13/2023 | $12.50 | Billed | 0.1 | 0.1 | Correspond with court reporter regarding plaintiff's deposition. |
| 6228629 | | | | | | | | | | | | | |
| 6228633 | 1/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467659 | 6/14/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on status hearing |
| 6228634 | 1/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467659 | 6/14/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court orders on motion |
| 6228635 | 1/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order in Walmart case |
| 6228636 | | | | | | | | | | | | | |
| 6228641 | | | | | | | | | | | | | |
| 6228644 | | | | | | | | | | | | | |
| 6228649 | | | | | | | | | | | | | |
| 6228650 | | | | | | | | | | | | | |

| ID | Date | Tkpr | Name | Matter | Qty | Amount | Inv# | Inv Date | Billed Amt | Status | Hrs | Hrs | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6228657 | 1/11/2023 | 51 | Borcia, James K. | 12549 | 1 | $442.50 | 467659 | 6/14/2023 | $442.50 | Billed | 1.5 | 1.5 | Prepare status report in Walmart case; communications with opposing counsel re same; review court orders in Posterazzi and Walmart cases |
| 6228662 | | | | | | | | | | | | | |
| 6228664 | 1/9/2023 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Prepare status report in Walmart case; communications with opposing counsel re same; review court order re same |
| 6228827 | 1/31/2023 | 51 | Borcia, James K. | 12549 | 1 | $442.50 | 467457 | 6/13/2023 | $442.50 | Billed | 1.5 | 1.5 | Attend deposition of Walmart rep Snukst; communications with client re same |
| 6228866 | 1/30/2023 | 51 | Borcia, James K. | 12549 | 1 | $413.00 | 467457 | 6/13/2023 | $413.00 | Billed | 1.4 | 1.4 | Prepare client rep Snukst for her deposition |
| 6228870 | 1/30/2023 | 51 | Borcia, James K. | 12549 | 1 | $826.00 | 467460 | 6/13/2023 | $826.00 | Billed | 2.8 | 2.8 | Prepare and produce client rep James Ferrazano for his deposition |
| 6229031 | 1/20/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 467457 | 6/13/2023 | $12.50 | Billed | 0.1 | 0.1 | Contact court reporter in regards to plaintiff's deposition. |
| 6229199 | 1/24/2023 | 51 | Borcia, James K. | 12549 | 1 | $1,091.50 | 467457 | 6/13/2023 | $1,091.50 | Billed | 3.7 | 3.7 | Prepare for and take Plaintiff's deposition in Walmart case |
| 6229210 | 1/23/2023 | 51 | Borcia, James K. | 12549 | 1 | $413.00 | 467457 | 6/13/2023 | $413.00 | Billed | 1.4 | 1.4 | Prepare for plaintiff's deposition |
| 6233945 | 1/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467659 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with client reps re status and strategy in proceeding |
| 6234208 | 1/15/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 467659 | 6/14/2023 | $88.50 | Billed | 0.3 | 0.3 | Review draft reassignment motions from plaintiff's counsel; communications with plaintiff's counsel re same |
| 6234238 | 1/12/2023 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 467659 | 6/14/2023 | $118.00 | Billed | 0.4 | 0.4 | Review revised responses to plaintiff's interrogatories; revise same; communications with client rep re same |
| 6234257 | 1/11/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467659 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with opposing counsel and client reps re deposition scheduling |
| 6234262 | 1/10/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 467659 | 6/14/2023 | $59.00 | Billed | 0.2 | 0.2 | Communications with client reps re status reports |
| 6234282 | 1/7/2023 | 51 | Borcia, James K. | 12549 | 1 | $206.50 | 467659 | 6/14/2023 | $206.50 | Billed | 0.7 | 0.7 | Communications with client rep re status and strategy in proceeding |
| 6248767 | | | | | | | | | | | | | |
| 6248777 | | | | | | | | | | | | | |
| 6248795 | | | | | | | | | | | | | |
| 6248801 | 2/23/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order in Walmart case |
| 6248804 | | | | | | | | | | | | | |
| 6248813 | | | | | | | | | | | | | |
| 6248822 | | | | | | | | | | | | | |
| 6248826 | | | | | | | | | | | | | |
| 6248834 | | | | | | | | | | | | | |
| 6248841 | | | | | | | | | | | | | |
| 6248851 | 2/8/2023 | 51 | Borcia, James K. | 12549 | 1 | $177.00 | 467457 | 6/13/2023 | $177.00 | Billed | 0.6 | 0.6 | Prepare joint status report for Walmart case; communications with plaintiff's counsel re same; review court order re same |
| 6249645 | | | | | | | | | | | | | |
| 6269804 | | | | | | | | | | | | | |
| 6269815 | | | | | | | | | | | | | |
| 6269818 | | | | | | | | | | | | | |
| 6270801 | | | | | | | | | | | | | |
| 6284966 | 4/27/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order in Walmart case |
| 6284970 | | | | | | | | | | | | | |
| 6284988 | | | | | | | | | | | | | |
| 6284991 | | | | | | | | | | | | | |
| 6284995 | | | | | | | | | | | | | |
| 6285009 | | | | | | | | | | | | | |
| 6287810 | | | | | | | | | | | | | |
| 6287823 | | | | | | | | | | | | | |
| 6287830 | | | | | | | | | | | | | |
| 6290005 | | | | | | | | | | | | | |
| 6304823 | | | | | | | | | | | | | |
| 6304826 | 7/14/2022 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/13/2023 | $236.00 | Billed | 0.8 | 0.8 | Prepare discovery progress reports in Walmart case; communications with plaintiff's counsel re same |
| 6304839 | | | | | | | | | | | | | |
| 6304860 | | | | | | | | | | | | | |
| 6304887 | | | | | | | | | | | | | |
| 6304888 | | | | | | | | | | | | | |
| 6304909 | | | | | | | | | | | | | |
| 6304915 | | | | | | | | | | | | | |
| 6304916 | | | | | | | | | | | | | |
| 6304928 | | | | | | | | | | | | | |
| 6304931 | | | | | | | | | | | | | |
| 6307606 | 5/31/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on plaintiff's motion to amend in Walmart case |
| 6307609 | 5/30/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on discovery in Walmart case |
| 6307647 | 5/24/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 467457 | 6/13/2023 | $29.50 | Billed | 0.1 | 0.1 | Review court order on discovery in Walmart case |
| 6307704 | | | | | | | | | | | | | |
| 6307752 | | | | | | | | | | | | | |
| 6307766 | | | | | | | | | | | | | |
| 6307781 | | | | | | | | | | | | | |
| 6308038 | | | | | | | | | | | | | |
| 6308041 | | | | | | | | | | | | | |

| ID | Date | Tk | Timekeeper | Matter | Qty | Amount | Code | Post Date | Billed | Status | Hrs | Hrs | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6308828 | 5/26/2023 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 467457 | 6/15/2023 | $236.00 | Billed | 0.8 | 0.8 | Work on status report for Walmart case; communications with plaintiff's counsel re same |
| 6321074 | | | | | | | | | | | | | |
| 6322306 | 6/23/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $25.00 | 490319 | 7/15/2024 | $25.00 | Billed | 0.2 | 0.2 | Contact court reporter regarding depositions of Charles and Judy Giovanelli. |
| 6329857 | | | | | | | | | | | | | |
| 6329898 | 6/27/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490304 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Review court order referring case to Magistrate; review Magistrate's orders on pending motion to compel |
| 6329905 | | | | | | | | | | | | | |
| 6329912 | | | | | | | | | | | | | |
| 6329918 | | | | | | | | | | | | | |
| 6329925 | | | | | | | | | | | | | |
| 6329931 | | | | | | | | | | | | | |
| 6329936 | | | | | | | | | | | | | |
| 6330030 | 6/7/2023 | 51 | Borcia, James K. | 12549 | 1 | $206.50 | 490305 | 7/15/2024 | $206.50 | Billed | 0.7 | 0.7 | Finalize Walmart's answer to plaintiff's amended complaint |
| 6330039 | | | | | | | | | | | | | |
| 6330343 | 6/29/2023 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 490304 | 7/15/2024 | $118.00 | Billed | 0.4 | 0.4 | Attend court appearance re hearing on status and plaintiff's motion to compel |
| 6330474 | 6/28/2023 | 51 | Borcia, James K. | 12549 | 1 | $206.50 | 490319 | 7/15/2024 | $206.50 | Billed | 0.7 | 0.7 | Prepare response to plaintiff's settlement offer and communications with judge re same |
| 6330734 | 6/26/2023 | 51 | Borcia, James K. | 12549 | 1 | $1,327.50 | 490319 | 7/15/2024 | $1,327.50 | Billed | 4.5 | 4.5 | Prepare for and take the depositions of Judy and Charles Giovanelli |
| 6330746 | | | | | | | | | | | | | |
| 6330788 | 6/26/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490319 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Communications with clients re plaintiff's settlement demand and responding to same |
| 6330868 | | | | | | | | | | | | | |
| 6330978 | 6/22/2023 | 51 | Borcia, James K. | 12549 | 1 | $826.00 | 490306 | 7/15/2024 | $826.00 | Billed | 2.8 | 2.8 | Prepare for and produce client rep Ryan Rossotto for his deposition |
| 6331000 | | | | | | | | | | | | | |
| 6331110 | 6/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $0.00 | 490319 | 7/15/2024 | $0.00 | Billed | 0.0 | 0.0 | Review additional documents from client reps; produce same to opposing counsel |
| 6331122 | | | | | | | | | | | | | |
| 6331137 | | | | | | | | | | | | | |
| 6331152 | 6/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $324.50 | 490306 | 7/15/2024 | $324.50 | Billed | 1.1 | 1.1 | Prepare client rep Ryan Rossotto for his deposition |
| 6331159 | 6/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490306 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Communications with opposing counsel re Rossotto deposition |
| 6331202 | 6/16/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490306 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Review plaintiff's notice of deposition of Ryan Rossotto; communications with plaintiff's counsel re same |
| 6331268 | 6/14/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490319 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Review plaintiff's settlement demand |
| 6331285 | | | | | | | | | | | | | |
| 6331493 | 6/9/2023 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 490319 | 7/15/2024 | $236.00 | Billed | 0.8 | 0.8 | Review plaintiff's request for Rule 30b6 depositions and communications with client reps re same |
| 6331617 | 6/6/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490305 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Work on answer in Walmart case and communications with client reps re same |
| 6331662 | | | | | | | | | | | | | |
| 6340574 | 7/18/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490319 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Contact court reporter regarding deposition of Ionela Giovanelli. |
| 6348498 | | | | | | | | | | | | | |
| 6348504 | | | | | | | | | | | | | |
| 6348510 | | | | | | | | | | | | | |
| 6348511 | 7/28/2023 | 51 | Borcia, James K. | 12549 | 1 | $0.00 | 490319 | 7/15/2024 | $0.00 | Billed | 0.0 | 0.0 | Review plaintiffs' motions to set expert discovery schedule as to Walmart case |
| 6348518 | | | | | | | | | | | | | |
| 6348521 | | | | | | | | | | | | | |
| 6348524 | 7/24/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Review court scheduling order on Walmart case |
| 6348569 | 7/18/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490305 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Prepare status report for Walmart case; communications with plaintiff's counsel re same |
| 6348594 | | | | | | | | | | | | | |
| 6348603 | 7/11/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Review court order on Walmart case |
| 6348610 | | | | | | | | | | | | | |
| 6348611 | 7/10/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Review court order on plaintiff's motion to compel in Walmart case |
| 6348617 | 7/10/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490305 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Review court orders in Walmart case |
| 6348626 | 7/7/2023 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 490305 | 7/15/2024 | $118.00 | Billed | 0.4 | 0.4 | Prepare status report for Walmart case; communications with plaintiff's counsel re same |
| 6348836 | 7/31/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $25.00 | 490319 | 7/15/2024 | $25.00 | Billed | 0.2 | 0.2 | Follow up with court reporter regarding delivery of plaintiff's deposition transcript. |
| 6348861 | | | | | | | | | | | | | |
| 6349020 | | | | | | | | | | | | | |
| 6349035 | 7/26/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490306 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Communications with client rep re status; send him documents per his request; review his deposition errata re same |
| 6349132 | 7/26/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490306 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Email signed Ryan Rossotto errata to court reporter. |
| 6349151 | | | | | | | | | | | | | |
| 6349229 | | | | | | | | | | | | | |
| 6349270 | | | | | | | | | | | | | |
| 6349343 | 7/28/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $25.00 | 490319 | 7/15/2024 | $25.00 | Billed | 0.2 | 0.2 | Follow up with court reporter regarding status of plaintiff's deposition transcript delivery. |
| 6349362 | 7/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $708.00 | 490319 | 7/15/2024 | $708.00 | Billed | 2.4 | 2.4 | Prepare for and take deposition of Ionela Giovanelli |
| 6349573 | 7/21/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490319 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Contact court reporter to request ETA of plaintiff's transcript. |

| ID | Date | Atty# | Attorney | Matter | Qty | Amount | Code | Bill Date | Billed | Status | Hours | Hours2 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6349585 | 7/7/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490305 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Telephone conference with plaintiff's counsel re meet and confer on Walmart case |
| 6349775 | 7/3/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490305 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Prepare status report for Walmart case and communications with plaintiff's counsel re same |
| 6349855 | 7/13/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490319 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Submit order for plaintiff's deposition transcript. |
| 6369141 | 8/4/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Review court order on plaintiff's motion to set expert schedule in Walmart case |
| 6369524 | 8/2/2023 | 51 | Borcia, James K. | 12549 | 1 | $0.00 | 490319 | 7/15/2024 | $0.00 | Billed | 0.0 | 0.0 | Prepare for and attend hearing on plaintiff's motion to set expert discovery schedule; communications with client re same |
| 6371874 | 8/1/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $25.00 | 490319 | 7/15/2024 | $25.00 | Billed | 0.2 | 0.2 | Receive Giovanelli deposition transcript and incorporate into file for review. |
| 6390063 | 9/15/2023 | 51 | Borcia, James K. | 12549 | 1 | $826.00 | 490305 | 7/15/2024 | $826.00 | Billed | 2.8 | 2.8 | Finalize our motion for summary judgment and statement of facts and memorandum in support; communications with client reps re same |
| 6390065 | 9/14/2023 | 51 | Borcia, James K. | 12549 | 1 | $1,003.00 | 490305 | 7/15/2024 | $1,003.00 | Billed | 3.4 | 3.4 | Prepare motion for summary judgment and statement of facts and memorandum in support; research to support same |
| 6391163 | 9/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Prepare email to carrier rep re summary judgment motion for Walmart |
| 6391536 | 9/18/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490306 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Telephone conference with insurer representative re status and strategy in proceeding |
| 6391701 | 9/17/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Prepare status email to Walmart client |
| 6410619 | 10/19/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $25.00 | 490319 | 7/15/2024 | $25.00 | Billed | 0.2 | 0.2 | Conduct public records search for new contact information for Saif Khan. |
| 6411723 | 10/11/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $37.50 | 490319 | 7/15/2024 | $37.50 | Billed | 0.3 | 0.3 | Receive voluminous expert materials from Craig Tobin and prepare on shared cloud link for review. |
| 6412172 | 10/30/2023 | 51 | Borcia, James K. | 12549 | 1 | $796.50 | 490305 | 7/15/2024 | $796.50 | Billed | 2.7 | 2.7 | Review plaintiff's opposition to our motion for summary judgment in Walmart case, response to our fact statement and statement of additional facts |
| 6412241 | 10/27/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490303 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Receive deposition transcript of Ferrrazano and incorporate into file for review. |
| 6413168 | 10/5/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490303 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Contact court reporter for Ferrazano deposition in regards to transcript order. |
| 6413174 | 10/4/2023 | 787 | Ramos, Jonathan, M. | 12549 | 1 | $12.50 | 490306 | 7/15/2024 | $12.50 | Billed | 0.1 | 0.1 | Contact court reporter for Rossotto deposition in regards to transcript order. |
| 6413419 | 10/25/2023 | 51 | Borcia, James K. | 12549 | 1 | $354.00 | 490306 | 7/15/2024 | $354.00 | Billed | 1.2 | 1.2 | Communications with and provide requested documents to carrier rep |
| 6413616 | 10/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490306 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | Communications with client rep re status and strategy in proceeding |
| 6413788 | 10/17/2023 | 51 | Borcia, James K. | 12549 | 1 | $206.50 | 490306 | 7/15/2024 | $206.50 | Billed | 0.7 | 0.7 | Communications with client rep re status and send him documents requested |
| 6414470 | 10/4/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490319 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | Communications with plaintiff's counsel re treating physician deposition |
| 6437740 | 11/29/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490319 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | Review court order on our motion for protective order |
| 6437742 | 11/22/2023 | 51 | Borcia, James K. | 12549 | 1 | $206.50 | 490319 | 7/15/2024 | $206.50 | Billed | 0.7 | 0.7 | Prepare motion for entry of qualified protective order and proposed protective order |

| ID | Date | | Timekeeper | Matter | | Amount | Code | Bill Date | Billed | Status | Hours | Hours | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6437751 | 11/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $413.00 | 490305 | 7/15/2024 | $413.00 | Billed | 1.4 | 1.4 | | Finalize Walmart reply in support of motion for summary judgment and response to plaintiff's statement of additional facts |
| 6437980 | 11/16/2023 | 51 | Borcia, James K. | 12549 | 1 | $236.00 | 490319 | 7/15/2024 | $236.00 | Billed | 0.8 | 0.8 | | Interview witness Saif Khan |
| 6437983 | 11/15/2023 | 51 | Borcia, James K. | 12549 | 1 | $944.00 | 490305 | 7/15/2024 | $944.00 | Billed | 3.2 | 3.2 | | Review plaintiff's response to Walmart's summary judgment motion and cases cited therein; review plaintiff's response to our statement of facts and statement of additional facts; prepare draft reply in support of our motion for summary judgment and response to plaintiff's statement of additional facts |
| 6437984 | 11/16/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490305 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | | Communications with Walmart client re summary judgment issues |
| 6451737 | 12/19/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review court order in Walmart case |
| 6460181 | 1/11/2024 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review court order in Walmart case |
| 6471442 | 1/23/2024 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490306 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | | Communications with client and client carrier rep re documents needed and send requested documents to carrier rep |
| 6493038 | 2/29/2024 | 51 | Borcia, James K. | 12549 | 1 | $118.00 | 490303 | 7/15/2024 | $118.00 | Billed | 0.4 | 0.4 | | Communications with carrier rep Erie re background and information |
| 6535277 | 4/18/2024 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490305 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review court order in Walmart case |

| ID | Date | | Attorney | Matter | | Rate | Ref1 | Ref2 Date | Amount | Status | Hrs1 | Hrs2 | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6588076 | 6/16/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490302 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review plaintiff's motion to compel in Walmart case |
| 6588083 | 6/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490306 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review additional documents from client reps; produce same to opposing counsel |
| 6588084 | 6/20/2023 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 490303 | 7/15/2024 | $59.00 | Billed | 0.2 | 0.2 | | Review additional documents from client reps; produce same to opposing counsel |
| 6588159 | 7/28/2023 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 490304 | 7/15/2024 | $29.50 | Billed | 0.1 | 0.1 | | Review plaintiffs' motions to set expert discovery schedule as to Walmart case |
| 6588207 | 8/2/2023 | 51 | Borcia, James K. | 12549 | 1 | $88.50 | 490301 | 7/15/2024 | $88.50 | Billed | 0.3 | 0.3 | | Prepare for and attend hearing on plaintiff's motion to set expert discovery schedule; communications with client re same |
| 6599559 | 7/11/2024 | 51 | Borcia, James K. | 12549 | 1 | $29.50 | 0 | | $0.00 | WIP | 0.1 | 0.0 | | Review court order in Walmart case |
| 6629024 | 8/14/2024 | 51 | Borcia, James K. | 12549 | 1 | $59.00 | 0 | | $0.00 | WIP | 0.2 | 0.0 | | Communications with client rep re potential counterclaims |

| ID | Date | | Attorney | Code | | Amount | | Paid | Status | Hours | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6647134 | 9/27/2024 | 51 | Borcia, James K. | 12549 | 1 | $413.00 | 0 | $0.00 | WIP | 1.4 | 0.0 | Prepare emails to client reps re summary judgment ruling in our favor in Walmart case; prepare motions to cite that case to judges in Stocktrek, Pixels, Amazon and Posterazzi cases; communications with client reps and Plaintiff's counsel re same |
| 6647137 | 9/26/2024 | 51 | Borcia, James K. | 12549 | 1 | $324.50 | 0 | $0.00 | WIP | 1.1 | 0.0 | Review and analyze summary judgment ruling in Walmart case; telephone conferences with client reps re same |
| **TOTAL:** | | | | | | **$37,077.50** | | **$36,251.50** | | **127.3** | **124.5** | |